UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DWIGHT M. SPENCER,

    Plaintiff,

v.                                             Case No. 5:10-cv-110-Oc-30GRJ

U.S. DEPT. OF JUSTICE, et al.,

    Defendants.
_____

## ORDER DISMISSING CASE

In an order dated March 22, 2010, the Court deferred ruling on Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and directed Plaintiff to submit additional financial documentation. (Doc. 4). Plaintiff has not complied with the Order, nor has Plaintiff requested an extension of time or otherwise explained the reasons for noncompliance. Therefore, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, this case is **DISMISSED without prejudice for the failure to prosecute**. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 14, 2010.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-110.ocala spencer.wpd